James Schollian, ASB 022015
The Schollian Law Firm, P.C.
1146 North Mesa Drive, Ste. 102/252
Mesa, AZ  85201
Tel:  602-692-9681
Fax:  602-266-8097
E-mail: scholljs1@gmail.com
Attorneys for the Defendants

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DARREN L. SCOTT AND KATHRYN A. SCOTT aka KATHRYN A. RUSSELL,<br><br>Debtors. | Case No. 3:13-bk-02829-DPC<br><br>Adversary No. 3:13-ap-01026-DPC<br><br>**STIPULATION FOR AN ORDER OF DISMISSAL WITH PREJUDICE** |
| CHRIS SABIA AND PAM SABIA,<br><br>Plaintiffs,<br><br>v.<br><br>DARREN L. SCOTT AND KATHRYN A. SCOTT aka KATHRYN A. RUSSELL,<br><br>Defendants. | |

The parties stipulate to, and ask the Court to enter, an Order of Dismissal With Prejudice in the form attached.

DATED: January 15, 2014

THE SCHOLLIAN LAW FIRM, P.C.            STROJNIK, P.C.


By: /s/ James Schollian (No. 022015)            By: /s/ Peter Strojnik (with permission)
    James Schollian                                        Peter Strojnik
    Attorneys for the Scotts                            Attorney for the Sabias

| | |
|---|---|
| 1 | COPY of the foregoing served by email on January 15, 2014 to: |
| 2 | |
| 3 | Peter Strojnik, Esq.<br>STROJNIK, P.C. |
| 4 | 2415 East Camelback, Suite 700<br>Phoenix, Arizona 85016 |
| 5 | strojnik@aol.com<br>Attorney for the Sabias |
| 6 | Terry A. Dake, Esq. |
| 7 | TERRY A. DAKE, LTD.<br>11811 North Tatum Boulevard, Suite 3031 |
| 8 | Phoenix, Arizona 85028-1621<br>tdake@cox.net |
| 9 | Attorney for Chapter 7 Trustee |
| 10 | Office of the United States Trustee<br>230 North 1st Avenue, Suite 204 |
| 11 | Phoenix, Arizona 85003<br>USTP.Region14@usdoj.gov |
| 12 | |
| 13 | /s/ James Schollian (No. 022015) |

4061891.2